FARMERS' BANK OF MORGAN, KY. et al. v. SNEDEGAR.

(Decided December 19, 1930.)

G. C. Ewing for movant.

W. B. White opposed.

PER CURIAM. Judgment for $250.30, with interest in an action on a note.

Appeal denied; judgment affirmed.

METROPOLITAN LIFE INSURANCE COMPANY v. TAYLOR'S ADMINISTRATOR.

(Decided January 13, 1931.)

William Marshall Bullitt, Bruce & Bullitt, and R. Lee Blackwell, for movant.

Dodd & Dodd opposed.

PER CURIAM. Judgment for $328 in an action on an insurance policy contract.

Appeal denied; judgment affirmed.

HESTER & STAHR et al. v. GRAVES.

(Decided January 23, 1931.)

Hester & Stahr for movant.

S. D. Stembridge and F. B. Martin opposed.

PER CURIAM. Judgment for $257.50 for defendant claim against him.

Appeal denied; judgment affirmed.